UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-60750-CIV-COHN
MAGISTRATE JUDGE P.A. WHITE

WILLIE C. SMITH,                :

    Plaintiff,               :

v.                              :       <u>REPORT THAT CASE IS</u>
                                        <u>READY FOR TRIAL</u>
DEPUTY ENRIQUE, et al.,         :

    Defendants.              :

---

    This prisoner civil rights case was referred to the undersigned for preliminary proceedings pursuant to 28 U.S.C. §636(b)(l).

    The case is now at issue. All dates entered in the pre-trial scheduling order, including extensions of time, have passed. The case has survived a motion to dismiss. No summary judgment has been filed.

    It is therefore respectfully recommended that this case be placed upon the trial calendar of the District Judge.

    DONE AND ORDERED at Miami, Florida, this 26th day of November, 2007.

                                            UNITED STATES MAGISTRATE JUDGE

cc:   Willie C. Smith, <u>Pro Se</u>
      500709413
      Main Jail 5C-3
      PO Box 9356
      Ft Lauderdale, Fl 33310

Valerie Jo Martin, Esq.
Office of Attorney General
Ft Lauderdale Office
Address of Record

Alain Boileau, Esq.
Adorno & Yoss
888 se 3rd Ave
Ft Lauderdale, FL 33335
Address of Record